IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARJUNA NATURAL PVT. LTD. f/k/a ARJUNA NATURAL EXTRACTS LTD., a foreign corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>OROCHEM TECHNOLOGIES, INC., an Illinois corporation<br><br>    Defendant. | Case No. 20-cv-1644<br><br>Honorable Gary Feinerman<br><br>Magistrate Judge M. David Weisman |

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Arjuna Natural Pvt. Ltd. f/k/a Arjuna Natural Extracts Ltd. ("Arjuna"), and defendant Orochem Technologies, Inc., by and through their respective undersigned counsel of record, hereby stipulate that plaintiff Arjuna's claims are dismissed without prejudice. Each party will bear his or its own attorneys' fees and costs incurred in this action.

Dated: April 29, 2021

Respectfully submitted,

Arjuna Natural Pvt. Ltd., f/k/a Arjuna
Natural Extracts Ltd, Plaintiff

  /s/ Saskia Nora Bryan
*Local Counsel for Plaintiff*

LATIMER LEVAY FYOCK LLC
Saskia Nora Bryan, IARDC #6255682
Email: sbryan@llflegal.com
55 W. Monroe St., Suite 1100
Chicago, Illinois 60603
Telephone: (312) 422-8000
Facsimile: (312) 422-8001
-and-

*Lead Counsel for Plaintiff*

1

VENABLE LLP
Ari N. Rothman, USDC-Ill. Bar #90785518
600 Massachusetts Avenue N.W.
Washington, D.C. 20004
Telephone: 202-344-4000
Facsimile: 202-344-8300


*Counsel for Defendant*

  /s/ Richard J. Prendergast
Richard J. Prendergast
Michael T. Layden
Collin M. Bruck
RICHARD J. PRENDERGAST, LTD. (#11381)
111 W. Washington St., Suite 1100
Chicago, Illinois 60602
(T) (312) 641-0881
(F) (312) 641-3562
rprendergast@rjpltd.com
mlayden@rjpltd.com
cbruck@rjpltd.com


## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on April 29, 2021, Plaintiff's and Defendant's Joint Stipulation for Dismissal was filed via the U.S. Court for the Northern District of Illinois CM/ECF electronic document filing system, which will serve notice thereof upon all attorneys of record.

  /s/ Saskia Nora Bryan
*Local Counsel for Plaintiff*